---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter ___7___

☐ Check if this is an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Moore Diagnostic Laboratory, Inc |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-1256761 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5590 Mableton Pkwy SW <br> Mableton, GA 30126 <br> Number, Street, City, State & ZIP Code | 1201 Laurel Cliff Dr SE <br> Smyrna, GA 30082 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Cobb <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Moore Diagnostic Laboratory, Inc
          Name                                                              Case number (if known) _____

**7.   Describe debtor's business**   A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    James & Marlene Moore              Relationship    owners

District   Northern District of Georgia   When   12/12/25   Case number, if known   25-64537

| Debtor | Moore Diagnostic Laboratory, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    biohazard samples does not pose immediate threat

**Where is the property?**    5590 Mableton Pkwy
Mableton, GA, 30126

Number, Street, City, State & ZIP Code

**Is the property insured?**

☒ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Moore Diagnostic Laboratory, Inc                    Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____January 23, 2026_____
MM / DD / YYYY

**X** /s/  James Moore II                              James Moore II
Signature of authorized representative of debtor        Printed name

Title    CFO

**18. Signature of attorney**

**X** /s/ Ian Falcone                              Date    January 23, 2026
Signature of attorney for debtor                  MM / DD / YYYY

Ian Falcone 254470
Printed name

The Falcone Law Firm, PC
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056
Number, Street, City, State & ZIP Code

Contact phone    (770) 426-9359      Email address    imf@falconefirm.com

254470 GA
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Moore Diagnostic Laboratory, Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 23, 2026__      **X** /s/   James Moore II _____
                                        Signature of individual signing on behalf of debtor

                                        James Moore II _____
                                        Printed name

                                        CFO _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Moore Diagnostic Laboratory, Inc

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................................    $         0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*...........................................................................................    $     26,952.38

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................................    $     26,952.38

| Part 2: | Summary of Liabilities |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $   280,388.35

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $         0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$   313,939.44

4.  **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

$   594,327.79

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Moore Diagnostic Laboratory, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America -<$80> | Checking | 4845 | $0.00 |
| 3.2. | Bank of America | Savings | 4871 | $2.38 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $2.38 |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | Moore Diagnostic Laboratory, Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

11b. Over 90 days old: _____12,940.00_____ - _____12,940.00_____ =.... _____$0.00_____
                      face amount                          doubtful or uncollectible accounts

**12.** **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.           | $0.00 |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture**<br>9 tables, 4 desks, 6 lab chairs, 6 shelving | $0.00 | | $1,100.00 |
| **40.**  **Office fixtures** | | | |
| **41.**  **Office equipment, including all computer equipment and communication systems equipment and software**<br>2 surge protectors, 4 laser printers | $0.00 | | $450.00 |
| Dell Desktop Vostro-$200<br>Dell Desktop-$50<br>Dell Desktop-$50<br>Dell Laptop-$50 | $0.00 | | $350.00 |

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**  **Total of Part 7.**

       Add lines 39 through 42.   Copy the total to line 86.            | $1,900.00 |

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    Moore Diagnostic Laboratory, Inc    Case number *(If known)* _____
_____
Name

☒ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| 3 centrifuges | $0.00 | | $150.00 |
| DXH 560 Analyzer<br>Access 2 Analyzer<br>Urinalysis Instrument | $0.00 | FMV Greenwood<br>Equipment Finance | $10,000.00 |
| freezer, 2 refrigerators, fume hood | $0.00 | | $1,400.00 |
| AU 480 Analyzer | $0.00 | | $13,000.00 |

51.    **Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

| $24,550.00 |
|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Moore Diagnostic Laboratory, Inc
          _____
          Name

Case number *(If known)* _____

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br> trays/bins, syringes, labels, paper, urine cups, shippers (boxes), lab coats, time clock, tubes, tube racks, trash bags, pens, expired reagents, gloves | $500.00 |

| 78. | **Total of Part 11.** <br><br> Add lines 71 through 77. Copy the total to line 90. | $500.00 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Debtor    Moore Diagnostic Laboratory, Inc                                   Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,550.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,953.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $26,953.38 |

**Fill in this information to identify the case:**

Debtor name __Moore Diagnostic Laboratory, Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Banker's Healthcare Group
Creditor's Name

Describe debtor's property that is subject to a lien
Bank of America -<$80>; Bank of America ; accounts receivable The Fountainview Center ($11,478.50); 3 centrifuges; freezer, 2 refrigerators, fume hood; AU 480 Analyzer; trays/bins, syringes, labels, paper, urine cups, shippers (boxes), lab coats, time clock, tubes, tube racks, trash bags, pens, expired reagents, gloves

| | $107,000.00 | $15,052.38 |
|---|---|---|

10234 West State Rd 84
Fort Lauderdale, FL 33324
Creditor's mailing address

Describe the lien
UCC-1
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Itria Ventures LLC
2. Banker's Healthcare Group

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Delta Mgt Associates
Creditor's Name
100 Everett Ave
Ste 6
PO Box 9191
Chelsea, MA 02150
Creditor's mailing address

Describe debtor's property that is subject to a lien
Dell Desktop Vostro-$200Dell Desktop-$50Dell Desktop-$50Dell Laptop-$50

| | $4,264.00 | $350.00 |
|---|---|---|

Describe the lien
Purchase Money Security
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Moore Diagnostic Laboratory, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

1101

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Greenwood Finance Equipment c/o | **Describe debtor's property that is subject to a lien** | $117,000.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

DXH 560 AnalyzerAccess 2 AnalyzerUrinalysis Instrument

The Parnell Law Group LLC
638 Lee Road
Pembroke, GA 31321

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | Itria Ventures LLC | **Describe debtor's property that is subject to a lien** | $15,500.00 | $16,602.38 |
|---|---|---|---|---|

Creditor's Name

Bank of America -<$80>; Bank of America ; 9 tables, 4 desks, 6 lab chairs, 6 shelving; 2 surge protectors, 4 laser printers; 3 centrifuges; freezer, 2 refrigerators, fume hood; AU 480 Analyzer; trays/bins, syringes, labels, paper, urine cups, shippers (boxes), lab coats, time clock, tubes, tube racks, trash bags, pens, expired reagents, gloves

Attn: Legal Department
1 Penn Plaza, Suite 4915
New York, NY 10119

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.1 | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | McKesson Corporation | **Describe debtor's property that is subject to a lien** | $13,637.65 | $0.00 |
|---|---|---|---|---|

Creditor's Name

all assets

6651 Gale Pkwy
Jacksonville, FL 32256

| Debtor | Moore Diagnostic Laboratory, Inc | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | NFS Leasing Inc | | $22,986.70 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

Attn: Legal
900 Cummings Center, Suite 226-U
Beverly, MA 01915
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Fisher Quote 2124-0791-39 5/4/2022
Fisher Quote 2131-0948-07 5/11/2022
Fisher Quote 2108-0454-94 4/18/22
Fisher Inv 2409022
EQUIPMENT WAS PICKED UP BY CREDITOR

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Thermo Fisher Financial Services Inc | | Unknown | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

168 Third Ave
Waltham, MA 02451
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
items listed in UCC were picked up by creditor

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Moore Diagnostic Laboratory, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $280,388.35

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Cali Law Offices LLC<br>201 Solar St<br>Syracuse, NY 13204 | Line  2.1 | |
| Greenwoods Equipment Finance LLC<br>3212 Fiddlers Creek Dr<br>Waukesha, WI 53188 | Line  2.3 | |
| Leviton Law Firm<br>One Pierce Place<br>Ste 725W<br>Itasca, IL 60143 | Line  2.5 | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

| Fill in this information to identify the case: |
|---|

Debtor name   Moore Diagnostic Laboratory, Inc

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>American Proficiency Institute<br>PO box 7592<br>Carol Stream, IL 60197-7592 | $3,302.00 |
|  | **Date(s) debt was incurred** _ | |
|  | **Last 4 digits of account number** _ | |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Amex<br>200 Vesey St<br><br>New York, NY 10285 | $2,500.00 |
|  | **Date(s) debt was incurred** _ | |
|  | **Last 4 digits of account number**  0877 | |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Credit card purchases<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Antek<br>17620 Mt Hermmon St<br>Fountain Valley, CA 92708 | $2,800.00 |
|  | **Date(s) debt was incurred** _ | |
|  | **Last 4 digits of account number**  0802 | |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>ARM Solutions<br>PO Box 3666<br>Camarillo, CA 93011-3666 | $2,172.11 |
|  | **Date(s) debt was incurred** _ | |
|  | **Last 4 digits of account number**  9857 | |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  collections for Stericycle<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Austell Gas<br>2838 Joe Jerkins Blvd.<br>Austell, GA 30106 | $100.00 |
|  | **Date(s) debt was incurred** _ | |
|  | **Last 4 digits of account number** _ | |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  utility<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Moore Diagnostic Laboratory, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,661.18 |
|---|---|---|---|

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card purchases

**Last 4 digits of account number**  1466

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.97 |
|---|---|---|---|

Beckman Coulter
250 S Kraemer Blvd
PO Box 8000
Brea, CA 92822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

BHG
PO Box 332509
Murfreesboro, TN 37133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card purchases

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

BHG
PO Box 332509
Murfreesboro, TN 37133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card purchases

**Last 4 digits of account number**  6050

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,085.00 |
|---|---|---|---|

Biomerieux
515 Colorow Drive
Salt Lake City, UT 84108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor LOC

**Last 4 digits of account number**  0807

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

CCM Medical Group
PO Box 201096
Dallas, TX 75320-1096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor LOC

**Last 4 digits of account number**  7927

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,135.52 |
|---|---|---|---|

CGM Compu Group
PO Box 414331
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  loan

**Last 4 digits of account number**  7917

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.46 |
|---|---|---|---|

Comcast
PO Box 64378
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  internet

**Last 4 digits of account number**  6830

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | Moore Diagnostic Laboratory, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,019.46

CRF Solutions
PO Box 1389
Simi Valley, CA 93062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6577_

**Basis for the claim:** collections for Bio-Rad LOC

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $499.26

Evoqua Technologies
28563 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8196_

**Basis for the claim:** LOC

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,966.60

First Source
205 Bryant Woods
Buffalo, NY 14228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0877_

**Basis for the claim:** collections for Capital One

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,200.00

Georgia Power
96 Annex
Atlanta, GA 30396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** utility

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $587.24

Heska
29512 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8064_

**Basis for the claim:** LOC

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,158.00

KR Mableton LLC c/o Brixmor Property
PO Box 645324
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** lease-unpaid rent and arrearages

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,380.11

LabCorp
PO Box 12140
Burlington, NC 27216-2140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4130_

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00

LMC
118 Willie's Way
Hazard, KY 41701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Moore Diagnostic Laboratory, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,870.00 |
|---|---|---|---|

McKesson Corporation
6651 Gale Pkwy
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.53 |
|---|---|---|---|

Mercedes Scientific
12210 Rangeland Pkwy
Bradenton, FL 34211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Trade debt_

**Last 4 digits of account number** _3596_

Is the claim subject to offset? ☒ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,950.00 |
|---|---|---|---|

Navitas Credit
201 Executive Center Dr
Ste 100
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _equipment finance_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | KR Mableton LLC c/o Brixmor Property<br>Attn: General Counsel<br>200 Ridge Pike, Suite 100<br>Conshohocken, PA 19428 | Line _3.19_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | KR Mableton LLC c/o Brixmor Property<br>Attn: VP, Regional Legal Services<br>1003 Holcomb Woods Pkwy<br>Roswell, GA 30076 | Line _3.19_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | W Kerry Howell LLC<br>230 Third St<br>Macon, GA 31201 | Line _3.19_<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 313,939.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 313,939.44 |

**Fill in this information to identify the case:**

Debtor name ___Moore Diagnostic Laboratory, Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | equipment finance agreement | |
| | State the term remaining | 21 months-estimated | Greenwood Finance Equipment c/o Parnell Law Group PO Box 2189 Montgomery, AL 36102 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | lease expires 11.2026 | |
| | State the term remaining | 11 months | KR Mableton LLC c/o Brixmor Property Attn: VP, Regional Legal Services 1003 Holcomb Woods Pkwy Roswell, GA 30076 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Moore Diagnostic Laboratory, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | James Moore II | | KR Mableton LLC c/o Brixmor Property | ☐ D _____<br>☒ E/F  3.19<br>☐ G _____ |
| 2.2 | James Moore II | | Itria Ventures LLC | ☒ D  2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | James Moore II | | Greenwood Finance Equipment c/o | ☒ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | James Moore II | | Navitas Credit | ☐ D _____<br>☒ E/F  3.24<br>☐ G _____ |
| 2.5 | Marlene Moore | | KR Mableton LLC c/o Brixmor Property | ☐ D _____<br>☒ E/F  3.19<br>☐ G _____ |
| 2.6 | Marlene Moore | | Itria Ventures LLC | ☒ D  2.4<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Moore Diagnostic Laboratory, Inc | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.7 | Marlene Moore | Banker's Healthcare Group | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Marlene Moore | Greenwood Finance Equipment c/o | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Marlene Moore | CRF Solutions | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.10 | Marlene Moore | Evoqua Technologies | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.11 | Marlene Moore | NFS Leasing Inc | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Marlene Moore | Navitas Credit | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors
Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   Moore Diagnostic Laboratory, Inc

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br>☒ Other    business no longer<br>operating | $0.00 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other _____ | $82,277.21 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $143,594.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Moore Diagnostic Laboratory, Inc | Case number *(if known)* | |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Navitas Credit Corp v Moore Diagnostic Laboratory, Inc, Marlene Moore and James Moore 25CV06380 | Contract | Superior Court of Cobb County | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Bankers Healthcare Group LLC v Moore Diagnostic Laboratory Inc, Marlene Moore & James Moore, II 011081-2025 | Contract | Supreme Court of NY County of Onondaga | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Greenwoods Equipment Finance LLC v Moore Diagnostic Laboratory, James Gregory Moore, Marlene Moore 24A1098 | Contract | State Court of Cobb County | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

Debtor    Moore Diagnostic Laboratory, Inc                    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Falcone Law Firm PC<br>363 Lawrence St<br>Marietta, GA 30060 | | 10.28.25 | $5,000.00 |
| | **Email or website address**<br>jmf@falconefirm.com | | | |
| | **Who made the payment, if not debtor?**<br>James & Marlene Moore | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

Debtor   Moore Diagnostic Laboratory, Inc                                    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

health information records
_____

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Moore Diagnostic Laboratory, Inc          Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| James & Marlene Moore 1201 Laurel Cliff Dr Smyrna , GA | James & Marlene Moore -see above contents stored at their home | 4 hard drives, server (customer health records) | ☐ No ☒ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

Debtor    Moore Diagnostic Laboratory, Inc                            Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Sonia Higgins-Barkman AAG Tax Service 2600 Berlin Turnpike Newington, CT 06111 | 10.23.23-2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marlene Moore | 1201 Laurel Cliff Dr Smyrna, GA 30082 | CEO | 36% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Moore II | 1201 Laurel Cliff Dr Smyrna, GA 30082 | CFO | 34% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Santana Alford | 36109 87th St E Littlerock, CA 93543 | shareholder | 1% |

Debtor   Moore Diagnostic Laboratory, Inc

Case number (if known) _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Allan Arthurs | 10107 E Ave S2<br><br>Littlerock, CA 93543 | shareholder | 3.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Rodonna Wright | 258 Carrington Lane<br>Douglasville, GA 30135 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Kevin Commodore | 10334 SE Steele St<br>Portland, OR 97266 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Jerry Fox | 6011 Sarona St<br>Bakersfield, CA 93308 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Randaleen Franklin | 241 W Wabash St<br>San Bernardino, CA 92405 | shareholder | 3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Deborah Hendricks | 1575 W 29th St<br>Los Angeles, CA 90007 | shareholder | 3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Lucretia Hunter | 347 Junipero Ave<br>Long Beach, CA 90814 | shareholder | .5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Cedric L Jackson Sr | 5555 Sienna Circle<br>Montgomery, AL 36116 | shareholder | 1.25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Cynthia Jackson | 9718 E Ave S<br>Littlerock, CA 93543 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Robert King | 7910 Gault St #102<br>Austin, TX 78757 | shareholder | .5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Gilroy & Sharon Lewis | 1201 Laurel Cliff Dr SE<br>Smyrna, GA 30082 | shareholders | 1.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Chana Mealey | 14652 Mesa Dr<br>Victorville, CA 92395 | shareholder | 1% |

Debtor    Moore Diagnostic Laboratory, Inc                                      Case number (if known) _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carol Monigue | 9049 E Ave Q12 Littlerock, CA 93543 | shareholder | .5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Moore Sr | 2105 Carter Hill Rd Montgomery, AL 36106 | shareholder | 1.25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Oppong | 14656 Remoli Ave #2 Hawthorne, CA 90250 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carlton Pittman | 398 Hickory Place Wetumpka, AL 36093 | shareholder | 2.25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Freida Roberts | 725 W Ave R-12 Palmdale, CA 93551 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jozette Smith | 5454 Vinings Lake Way Mableton, GA 30126 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DeShun Thompson | 8828 East Ave T-8 Littlerock, CA 93543 | shareholder | .5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Tisdale | 3237 Clubhouse Dr Virginia Beach, VA 23452 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kaila Webb | 2849 Portola Ave San Bernardino, CA 92407 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Valeria Webb | 2849 Portola Ave San Bernardino, CA 92407 | shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Williams | 7212 Fairway Dr Montgomery, AL 36116 | shareholder | .25% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Debtor | Moore Diagnostic Laboratory, Inc | Case number *(if known)* | |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | James Moore<br>1201 Laurel Cliff Dr<br>Smyrna, GA 30082 | $13990$780.55 | Jan-Dec 2025 | disbursements and reimbursementsper sonal expenses |
| | Relationship to debtor<br>CFO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 23, 2026

/s/   James Moore II                                     James Moore II
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    CFO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Georgia

In re    Moore Diagnostic Laboratory, Inc            Case No. _____

                                     Debtor(s)          Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept .....................................................    $      5,000.00

        Prior to the filing of this statement I have received .......................................    $      5,000.00

        Balance Due ..................................................................................................    $      0.00

2.  The source of the compensation paid to me was:

      ☐ Debtor      ☒ Other (specify):     James & Marlene Moore

3.  The source of compensation to be paid to me is:

      ☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
           Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

           Pre-filing analysis and discussions regarding potential creditor claims, non-dischargeability actions and anticipated objections to discharge. Negotiations with any creditor that files a proof of claim that is marked disputed in debtor's schedules. Pre-litigation negotiations with any creditor that threatens an adversary proceeding or other motion or legal proceeding in the Debtor's case.

           If Client wishes to retain Attorney to represent Client in any Adversary Proceeding or Appellate Proceeding that arises in or is related to this case, Client and Attorney shall execute a separate contract setting forth the fee and scope of representation for that proceeding.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re    Moore Diagnostic Laboratory, Inc                               Case No.                           

                     Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| **CERTIFICATION** |
|---|

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| January 23, 2026 | /s/ Ian Falcone |
|---|---|
| *Date* | Ian Falcone 254470 |
| | *Signature of Attorney* |
| | The Falcone Law Firm, PC |
| | 363 Lawrence St NE |
| | Marietta, GA 30060-2056 |
| | (770) 426-9359   Fax: |
| | imf@falconefirm.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Georgia

In re    Moore Diagnostic Laboratory, Inc _____        Case No. _____

                                        Debtor(s)        Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 23, 2026 _____        /s/  James Moore II _____

                                         James Moore II/CFO
                                         Signer/Title

American Proficiency Institute
PO box 7592
Carol Stream, IL 60197-7592


Amex
200 Vesey St
New York, NY 10285


Antek
17620 Mt Hermmon St
Fountain Valley, CA 92708


ARM Solutions
PO Box 3666
Camarillo, CA 93011-3666


Austell Gas
2838 Joe Jerkins Blvd.
Austell, GA 30106


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Banker's Healthcare Group
10234 West State Rd 84
Fort Lauderdale, FL 33324


Beckman Coulter
250 S Kraemer Blvd
PO Box 8000
Brea, CA 92822


BHG
PO Box 332509
Murfreesboro, TN 37133


Biomerieux
515 Colorow Drive
Salt Lake City, UT 84108


Burr & Forman LLP
Attn: Emory Thompson, Esq
1075 Peachtree St NE, Suite 3000
30309


Cali Law Offices LLC
201 Solar St
Syracuse, NY 13204


CCM Medical Group
PO Box 201096
Dallas, TX 75320-1096

CGM Compu Group
PO Box 414331
Boston, MA 02241


Comcast
PO Box 64378
Saint Paul, MN 55164


CRF Solutions
PO Box 1389
Simi Valley, CA 93062


Delta Mgt Associates
100 Everett Ave Ste 6
PO Box 9191
Chelsea, MA 02150


Evoqua Technologies
28563 Network Place
Chicago, IL 60673


First Source
205 Bryant Woods
Buffalo, NY 14228


Georgia Power
96 Annex
Atlanta, GA 30396


Greenwood Finance Equipment c/o
The Parnell Law Group LLC
638 Lee Road
Pembroke, GA 31321


Greenwood Finance Equipment c/o
Parnell Law Group
PO Box 2189
Montgomery, AL 36102


Greenwoods Equipment Finance LLC
3212 Fiddlers Creek Dr
Waukesha, WI 53188


Heska
29512 Network Place
Chicago, IL 60673


Itria Ventures LLC
Attn: Legal Department
1 Penn Plaza, Suite 4915
New York, NY 10119


KR Mableton LLC c/o Brixmor Property
PO Box 645324
Cincinnati, OH 45264

```
KR Mableton LLC c/o Brixmor Property
Attn: VP, Regional Legal Services
1003 Holcomb Woods Pkwy
Roswell, GA 30076


KR Mableton LLC c/o Brixmor Property
Attn: General Counsel
200 Ridge Pike, Suite 100
Conshohocken, PA 19428


LabCorp
PO Box 12140
Burlington, NC 27216-2140


Leviton Law Firm
One Pierce Place
Ste 725W
Itasca, IL 60143


LMC
118 Willie's Way
Hazard, KY 41701


McKesson Corporation
6651 Gale Pkwy
Jacksonville, FL 32256


Mercedes Scientific
12210 Rangeland Pkwy
Bradenton, FL 34211


Navitas Credit
201 Executive Center Dr
Ste 100
Columbia, SC 29210


NFS Leasing Inc
Attn: Legal
900 Cummings Center, Suite 226-U
Beverly, MA 01915


Thermo Fisher Financial Services Inc
168 Third Ave
Waltham, MA 02451


W Kerry Howell LLC
230 Third St
Macon, GA 31201
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    Moore Diagnostic Laboratory, Inc

Case No.

Debtor(s)

Chapter    7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Moore Diagnostic Laboratory, Inc    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 23, 2026

Date

/s/ Ian Falcone

Ian Falcone 254470

Signature of Attorney or Litigant
Counsel for    Moore Diagnostic Laboratory, Inc

The Falcone Law Firm, PC
363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359  Fax:
imf@falconefirm.com