UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MOORE DIAGNOSTIC LABORATORY, INC, | : | CASE NO. 26-50949-JRS |
| | : | |
| Debtor. | : | |

# NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the below listed property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate. The Debtor will use the minimal funds in the Bank of America accounts to properly dispose of the biohazard supplies which are understood to be blood samples.

**Bank of America Checking - Acct xx4845 – Balance = ($110.95)**
**Bank of America Savings - Acct xx4871 – Balance = $650.84**
**Biohazard Samples does not pose immediate threat**

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection

is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

    Respectfully submitted this 29th day of January, 2026.

                                                         */s/ S. Gregory Hays*
                                                        S. Gregory Hays

Hays Financial Consulting, LLC            Chapter 7 Trustee
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060